IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIFFANY DAVIDSON**<br>6012 New Forest Court, Apt.4<br>Waldorf, Maryland, 20602<br>    Plaintiff,<br><br>       v.<br><br>**CAPITAL EAGLE, INC.**<br>**a.k.a Capital Eagle Budweiser**<br>2815 V. Street, NE<br>Washington, DC 20018<br>    Defendant. | Civil Action No.: 07-cv-01387RJL<br><br>**JURY DEMAND** |

## COMPLAINT

COMES NOW the Plaintiff, Tiffany Davidson, by and through counsel, The Law Office of Jimmy A. Bell, P.C. and Jimmy A. Bell, Esquire, and respectfully presents this complaint against the Defendant, Budweiser, to enforce her rights under the District of Columbia Human Rights Act and 42 U.S.C. §1981.

### JURISDICTION

1. Jurisdiction is based on 42 U.S.C. §1981 and 28 U.S.C. § 1331.

### VENUE

2. Venue is proper in the District of Columbia as the Defendant conducts business within the District of Columbia, and the acts complained of occurred within the said jurisdiction.

## STATEMENT OF FACTS

3. During all times mentioned in this complaint, Plaintiff Tiffany Davidson was, and still is, a citizen of the United States and still resides, in the sate of Maryland.

4. Plaintiff Tiffany Davidson is a 28 year old African American Woman who holds a Bachelors Degree in Marketing from Bowie State University.

5. During all times mentioned in this complaint, Defendant Capital Eagle, Inc. hereafter referred to as "Budweiser" is a Maryland Corporation and conducts business within the District of Columbia from it office located at 2815 V. Street, NE, Washington, DC 20018. Defendant Budweiser is an Anheuser-Busch Wholesaler.

6. During all times mentioned in this complaint from June 2004 through January 2007, Plaintiff Tiffany Davidson was an employee of Defendant Budweiser.

7. On January 2, 2007, Plaintiff was fired and told it was because it was not working out and Plaintiff was not aggressive. Prior to being fired she was never given a performance evaluation and had never been told that her performance needed improvement. She had never even been written up for being late to work. She was replaced in a few days by a white male named "Rob" who she had trained.

8. In 2004 Plaintiff was doing promotions for Budweiser and had an account with Jonny K's. Plaintiff informed Steve Efantis that Plaintiff did not feel

safe in this area at night doing promotions and Plaintiff did not want to continue to do said promotions.

9. Plaintiff also asked if someone accompany Plaintiff on the promotions. Mr. Efantis told Plaintiff the area was getting better and no further action was taken.

10. However, when Amber Vick, a Caucasian female, felt she and the sales representative she worked with, who is Hispanic did not get along, Mr. Efantis changed Ms. Vick's whole territory from South East DC to Georgetown.

11. Another sales rep, Heidi, a Caucasian female, did not get along with the manager at the Cleveland Park Pizzeria Uno, her account was given to another sales representative.

12. In November 2005 there were "three" old beers found in one of Plaintiff's accounts in the District of Columbia and Plaintiff was suspended for three days without pay. Plaintiff was told by Keith Chmiul that now Defendant was getting serious about old beer.

13. That same day Kentha Stevens, an African-American male Sales Rep, also suspended for three days without pay for "one' old beer being found in his account..

14. Scott Clark, a white male Sales Rep, was found with "buckets" of old beer in the account LOVE night club. Walter Van Eyeken (East Coast Regional Director for Anheuser-Busch) was given buckets of old beer at LOVE night club. In fact, Walter Van Eyeken informed Keith Chimiel and Neal

        Katacef by email that he had received buckets of old beer at LOVE night club. Mr. Clark was not suspended.

15. A few months after Plaintiff was suspended for "three" old beers in her account and Kentha Stevens was suspended for having "one' old beer in his account, during a meeting to discuss the new way of doing impact/intervolve, the on premise sales staff was in the small meeting room when Keith Chiemul said out loud to Dave Duggan, a white male sales Rep., that he had been a "case" old beer found in one of his accounts. Mr. Duggan was not suspended.

16. Since being fired Plaintiff's hair has begun to fall out and Plaintiff experienced a period of depression, but was unable to seek medical attention because Plaintiff no longer had insurance.

17. Plaintiff is currently juggling three jobs to make up for the one job that Plaintiff lost.

18. Plaintiff was also plagued with insomnia for a month and Plaintiff has just recently begun interacting with friends and family again. As a result of Defendant's actions, Plaintiff has become depressed, angry, and suffered a loss of self-esteem.

19. Plaintiff responded to an employment posting on Monster.com for Red Peg Marketing. The woman Plaintiff spoke with, Shimona Scott told Plaintiff that she liked Plaintiff's resume and wanted to have another phone interview with Plaintiff. When Plaintiff called her back during the week ending on July 27, 2007, Ms. Scott said that when she contacted

4

Budweiser for a reference that they told her that Plaintiff was fired and this led Ms. Scott to believe it was not a good idea to hire Plaintiff.

## COUNT I

### UNLAWFUL DISCRIMINATION IN VIOLATION OF THE DISTRICT OF COLUMBIA HUMAN RIGHTS ACT § 2-1402.11

1. Plaintiff re-pleads and re-alleges, with the same force and effect as if set forth separately and at length herein, paragraphs 1 – 18.

2. Plaintiff is a member of a protected class based on her race (African-American).

3. Plaintiff suffered an unlawful, discriminatory, and adverse change in employment with respect to the terms, conditions, or privileges of his employment, when she was fired based on her membership in a protected class, namely her race (African-American).

4. Plaintiff was treated differently than persons outside of her protected class, African-American, when she was suspended without pay; refused an account transfer; and terminated and replaced by a white male she had trained. Other similarly situated Caucasian employees were not treated this way.

5. Defendant intentionally discriminated against Plaintiff Tiffany Davidson in violation of the District of Columbia Human Rights Act § 2-1402.11 on account of her race (African-American).

## COUNT II

### UNLAWFUL DISCRIMINATION IN VIOLATION OF THE CIVIL RIGHTS ACT OF 1866, 42 U.S.C § 1981

5

23. Plaintiff repleads and realleges paragraphs 1 through 22 with the same force and effect as if set forth separately and at length herein.

24. Defendant, Budweiser, discriminated against Plaintiff, Tiffany Davidson, with respect to the terms, conditions, and privileges of her employment.

25. The factual circumstances rationally support an inference of unlawful discrimination. Plaintiff, an African-American employee, was terminated and replaced by a white male she had trained. Other similarly situated Caucasian employees were not treated this way.

26. Defendant intentionally discriminated against Plaintiff Davidson in violation of the Civil Rights Act of 1866, 42.U.S.C. § 1981, on account of her race (African-American).

## **RELIEF SOUGHT**

27. Plaintiff re-pleads and re-alleges, with the same force and effect as if set forth separately and at length herein, paragraphs 1 – 26.

28. Plaintiff Tiffany Davidson requests the following relief:

29. Compensatory damages in the amount of $1,000,000

30. Punitive damages in the amount of $1,000,000

31. Pre- and post-judgment interest.

32. The costs of litigation, including reasonable attorney's fees and expert witness fees.

33. Back pay and Front pay.

34. Such other relief that may be just.

## **JURY DEMAND**

35. Plaintiff Tiffany Davidson demands a trial by jury.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
The Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD   20772
(301) 599-7620
(301) 599-7623 (Fax)
Bar No. MD 14639

## I (a) PLAINTIFFS

Tiffany Davidson

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88858
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

Capital Eagle, Inc.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jimmy A. Bell
9610 Marlboro Pike
Upper Marlboro, MD 20772

Case: 1:07-cv-01387
Assigned To : Leon, Richard J.
Assign. Date : 7/31/2007
Description: Employ. Discrim.

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
- ☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

①

| ☐ G. *Habeas Corpus/ 2255* | ☒ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC Sec. 1981 Employment Discrimination in Contracts

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 2,000,000   Check YES only if demanded in complaint JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 7-31-07   SIGNATURE OF ATTORNEY OF RECORD  ____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

  I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

  III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

  IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

  VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

  VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Forms\js-44.wpd

