IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TIFFANY DAVIDSON** <br> 6012 New Forest Court, Apt.4 <br> Waldorf, Maryland, 20602 <br>      Plaintiff, <br><br> v. <br><br> **CAPITAL EAGLE, INC.** <br> **a.k.a Capital Eagle Budweiser** <br> 2815 V. Street, NE <br> Washington, DC 20018 <br>      Defendant. | : <br> : <br> : <br> : <br> : <br> : **Civil Action No. 07cv1387RJL** <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE

Pursuant to LCvR 16.3, the parties hereby report to the Court as follows:

1. <u>Case Scheduling</u>: There are no pending motions. However, defendant believes that some of all of the claims in this case may be resolved through a dispositive motion; plaintiff disagrees.

2. <u>Joinder/Amendment/Narrowing</u>: The parties do not anticipate the necessity to join third parties or to amend the pleadings further. Neither party believes that the legal or factual issues can be narrowed at this time.

3. <u>Assignment To Magistrate Judge</u>: The parties do not consent to assignment of this case to a magistrate judge for all purpose.

4. <u>Settlement Possibility</u>: The parties would like this case to be referred to a US. Magistrate judge for mediation.

5. <u>Alternative Dispute Procedures</u>: The parties would like this case to be referred to a US. Magistrate judge for mediation.

6. <u>Dispositive Motions</u>:  Defendant expects to file a dispositive motion upon the close of discovery in this case.  The parties suggest that any post-discovery dispositive motion should be filed within sixty (60) days after the close of discovery, that any opposition to that motion should be filed within forty-five (45) days of the filing of the dispositive motion, and that any reply to the opposition should be filed within thirty (30) days of the filing of the opposition.

7. <u>Initial Disclosures</u>:  The parties propose that initial disclosures be exchanged by 30 days after the initial scheduling conference.

8. <u>Discovery</u>:  The parties propose that discovery be within 180 days. The parties believe that this time is necessary to complete discovery because approximately fifteen (15) individuals were involved in this matter.  Interrogatories, requests for production of documents, and requests for admissions are limited to 25 each in number.  The parties are limited to 10 depositions per side with each deposition limited to seven (7) hours.  The Defendant does not want the 7 hour limit to apply to the Plaintiff and to the Corporate Representative of the Defendant. The parties anticipate that sensitive personal and/or medical information may be exchanged during the course of discovery in this case.  Thus, the parties will submit an appropriate protective order for the Court's approval.  The parties agree that documents in electronic format will be produced in a form as close a s possible to the original, and that the parties will continue to confer as document production becomes imminent.

9. <u>Experts</u>:  The parties propose that plaintiff's expert disclosures be served within forty-five (45) days after the entry of the scheduling order, and that defendant's expert disclosures should be served within sixty (60) days after service of plaintiff's expert disclosures.

10. <u>Class Action Procedures</u>:  Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>:  The parties do not see any need for bifurcation.

12. <u>Proposed Date For The Pretrial Conference</u>: The parties propose that the scheduling of a pre-trial date should await the outcome of dispositive motions.

13. <u>Trial Date</u>: The parties propose that the pre-trial and trial be scheduled after the outcome of dispositive motions.

14. <u>Other Matters:</u> None.

Respectfully submitted,

_____/s/_____              _____/s/_____
JIMMY A. BELL, Bar # MD14639                 Micheal Petkovich
Law Office of Jimmy A. Bell, Esq.            Jackson Lewis LLP
9610 Marlboro Pike                           8614 Westwood Center Drive, Suite 950
Upper Marlboro, Maryland                      Vienna, Virginia 22182
Telephone: 301-599-7620                       703.821.4321 (p)
Fax: 301-599-7623                             Fax: (202) 393-3390

Attorney for Plaintiff                       Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
:
**TIFFANY DAVIDSON**                          :
6012 New Forest Court, Apt.4              :
Waldorf, Maryland, 20602                    :
      Plaintiff,                              :
                                  : **Civil Action No. 07cv1387RJL**
      v.                                              :
:
**CAPITAL EAGLE, INC.**                     :
**a.k.a Capital Eagle Budweiser**      :
2815 V. Street, NE                               :
Washington, DC 20018                        :
      Defendant.                           :
_____ :


**INITIAL SCHEDULING ORDER**


      UPON CONSIDERATION of the Report of Local Rule 16.3 Conference and the entire record herein, it this _____ day of _____, 2007 hereby ORDERED that the parties shall be allowed a discovery period of 120 days from the date of the initial scheduling conference in this matter, it is ; ORDERED that any Motions to Amend Pleadings or Join Parties are due by_____; Oppositions to Motions to Amend Pleadings or Join Parties are due by _____; Replies to Oppositions to Motions to Amend Pleadings or Join Parties are due by _____; and it is further; ORDERED that any dispositive motions shall be filed no later than _60__ days after the close of discovery, any opposition thereto shall be filed no later than _45__ days following the filing of the dispositive motion; and any reply shall be filed no later than 15___ days following the filing of the opposition; and it is further ORDERED that expert

5

witness reports shall be exchanged in accordance with Fed. R. Civ. P. 26(a)(2). An

Interim Status Hearing is scheduled for _____ at _____ a.m.


Date_____          _____
                                              United States District Judge