UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
JAN 4 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TIFFANY DAVIDSON, )
)
Plaintiff, )
) Civil Case No. 07-1387 (RJL)
v. )
)
CAPITAL EAGLE, INC., )
)
Defendant. )

## ORDER

Upon receipt of the parties' Joint Report of Local Rule 16.3 Conference (Docket #4), it is this 3 day of July, 2008 hereby

**ORDERED** that the above-captioned action is referred to a magistrate judge for mediation for sixty (60) days.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge