UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x

TIFFANY DAVIDSON,

                    Plaintiff,

      -v-                                Civil Case No. 1:07-cv-01387-RJL

CAPITAL EAGLE, INC.,                 Judge Richard J. Leon

                    Defendant.

------------------------------------------------------------x

## NOTICE OF APPEARANCE

The following counsel hereby enters their appearance in the above matter on behalf of Capital Eagle, Inc.:

Kara M. Ariail (D.C. Bar No.478718)
Jackson Lewis, LLP
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189
(703) 821-2267 [fax]
ariailk@jacksonlewis.com

Michael Petkovich will continue as lead counsel for Defendant in this matter.

                                      Respectfully submitted,

                                      **JACKSON LEWIS LLP**

January 17, 2008                  By:     /s/ Kara M. Ariail
                                      Kara M. Ariail (D.C. Bar No.478718)
                                      Michael N. Petkovich (D.C. Bar No.456010)
                                      Jackson Lewis, LLP
                                      8614 Westwood Center Drive, Suite 950
                                      Vienna, VA 22182
                                      (703) 821-2189
                                      (703) 821-2267 [fax]
                                      petkovim@jacksonlewis.com

                                      **Attorneys for Defendant National Association for Equal Opportunity in Higher Education**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on January 17, 2008, a copy of the foregoing *Notice of Appearance* was mailed, first-class mail, postage prepaid, to:

>Jimmy A. Bell, Esq.
>The Law Office of Jimmy A. Bell, P.C.
>9610 Marlboro Pike
>Upper Marlboro, MD 20772

>/s/ Kara M. Ariail
>Kara M. Ariail