IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIFFANY DAVIDSON**<br>6012 New Forest Court, Apt.4<br>Waldorf, Maryland, 20602<br>　　　Plaintiff,<br><br>　　　v.<br><br>**CAPITAL EAGLE, INC.**<br>**a.k.a Capital Eagle Budweiser**<br>2815 V. Street, NE<br>Washington, DC 20018<br>　　　Defendant. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 07cv1387RJL<br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**PLAINTIFF'S COUNSEL'S EMERGENCY CONSENT MOTION
TO CONTINUE SETTLEMENT CONFERENCE SET FOR FEBRUARY 7, 2008**

　　　COMES NOW Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby files this Emergency Consent Motion to Continue the Settlement Conference set for February 7, 2008. For cause, Defendant states as follows:

1. A Settlement Conference in the above-captioned matter had been scheduled for February 7, 2008.

2. Plaintiff's Counsel, Jimmy A. Bell, Esq.'s, grandmother (the person who raised him) just died last night (1-31-08) in California. Plaintiff's Counsel is in the process of making funeral arrangements and traveling to California.

3. Plaintiff's Counsel contacted Defense Counsel to ask for consent to the motion.

4. Defense Counsel consents to the motion.

5. For cause described in paragraphs 2-4, Defendant files this Motion for Continuance.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

1

          _____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-7620
(301) 599-7623 (Fax)
Bar# MD14639
Counsel for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TIFFANY DAVIDSON** <br> 6012 New Forest Court, Apt.4 <br> Waldorf, Maryland, 20602 <br>      Plaintiff, <br><br> v. <br><br> **CAPITAL EAGLE, INC.** <br> **a.k.a Capital Eagle Budweiser** <br> 2815 V. Street, NE <br> Washington, DC 20018 <br>      Defendant. | : <br> : <br> : <br> : <br> : <br> : **Civil Action No. 07cv1387RJL** <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER**

Upon Consideration of the Plaintiff's Consent Motion for Continuance, and in the interest of justice, it is this _____ day of _____, 2008, hereby

ORDERED that Plaintiff's Consent Motion for Continuance is been GRANTED. The Settlement Conference set for February 7, 2008 is vacated.

_____
Judge