PRAECIPE

# United States District Court
# for the District of Columbia

FILED

FEB 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the _19th_ day of _February_ 19 _2008_

Tiffany Davidson
vs.
Capital Eagle Inc.

Civil / Criminal
Action No. _07-1387_

The Clerk of said Court will _Close this case as the parties have reached a settlement. within 30 days a line of dismissal will be filed with this Court._

_____        Signature _S_____
Date

                                  Jimmy A. Bell, Esq
_____        Print Name
BAR IDENTIFICATION NO.
                                  9610 Marlboro Pike
                                  Address

_SR_   2/19/08                    Upper Marlboro, MD 20772
                                  City         State    Zip Code
_Michael Petrovich_
PRINT                             301-599-7620
                                  Phone Number
COUNSEL FOR DEFENDANT    CERTIFICATE OF SERVICE
REPRESENTATIVE