# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIFFANY DAVIDSON** | : |
| | : |
| 6012 New Forest Court, Apt.4 | : |
| Waldorf, Maryland, 20602 | : |
| Plaintiff, | : |
| | : **Civil Action No. 07cv1387RJL** |
| v. | : |
| | : |
| **CAPITAL EAGLE, INC.** | : |
| | |
| **a.k.a Capital Eagle Budweiser** | : |
| | |
| 2815 V. Street, NE | : |
| Washington, DC 20018 | : |
| Defendant. | : |

## <u>PRAECIPE OF DISMISSAL</u>

The Plaintiff, by and through counsel, hereby dismisses with prejudice all claims against

the Defendant.

Respectfully submitted,

_____/s/_____          _____/s/_____

JIMMY A. BELL, Bar # MD14639          Michael N. Petkovich Bar #DC456010

Law Office of Jimmy A. Bell, Esq.          Jackson Lewis LLP

9610 Marlboro Pike          8614 Westwood Center Drive, Suite 950

Upper Marlboro, Maryland          Vienna, Virginia 22182

Telephone: 301-599-7620          703.821.4321 (p)

Fax: 301-599-7623                         Fax: (202) 393-3390


Attorney for Plaintiff                    Attorney for Defendant